IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BONNIE RUTH ALLEN-STRAIGHT, | § | |
| aka Bonnie Allen Thomas, | § | |
| #02446019, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:24-CV-0982-B-BK |
| | § | |
| DIRECTOR, TDCJ-CID, | § | |
| Respondent. | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND DENYING A CERTIFICATE OF APPEALABILITY

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 21st day of May, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE